FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

AUG - 7 2012

CENTRAL DISTRICT OF CALIFORNIA
BY / DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> Bynum, Shawna <br> Defendant. | Case No.: SACR11-167-DOC <br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CA___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __background cnty ties unknown due to failure to interview. bail resources unknown; assoc w/multiple personal__

_identifiers; nature of allegations, which evidence a lack of amenability to supervision_

and/or

B. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _her commission of a new offense while under supervision; her extensive criminal history record; prior probation violation_

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 8/7/12

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE